# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:11-CR-278** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **RAYMOND EVANS** | : | |

## **ORDER**

Leave of Court is granted for the filing of the foregoing dismissal of the Indictment, filed September 22, 2011, against the above-named defendant, based upon the determination by a psychologist at the United States Medical Center for Federal Prisoners in Springfield, Missouri, that defendant, Raymond Evans, has been determined to be mentally incompetent to stand trial. The United States Attorney has reserved the right to reinstate this prosecution in the event that Raymond Evans is determined to be mentally competent to stand trial.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge

Dated:       August 22, 2013